FILED
MAR 22 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) | 1:21 MJ 8002 |
| v. ) | CASE NO. _____ |
| MICHAEL J. KAUFMANN, ) | Title 49, United States Code, Section 46506(2) |
| Defendant. ) | MAG. JUDGE HENDERSON |

COUNT 1
(Application of Certain Criminal Laws to Acts on Aircraft,
49 U.S.C. § 46506(2))

The United States Attorney charges:

Between on or about January 12, 2020 and on or about January 13, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, MICHAEL J. KAUFMANN, being an individual on an aircraft in the special aircraft jurisdiction of the United States, Jet Blue Flight #1258, traveling from Ft. Lauderdale Hollywood International Airport to Cleveland Hopkins International Airport, did, in public, make an obscene or indecent exposure of his genitalia, that if committed in the District of Columbia would violate District of Columbia Code § 22-1312 (Lewd, Indecent, or Obscene Acts) (Formerly 22-1112), in violation of Title 49, United States Code, Section 46506(2).

BRIDGET M. BRENNAN
Acting United States Attorney

By: *[signature]*
EDWARD F. FERAN
Chief, General Crimes Unit