AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Michael J. Kaufmann | ) Case No. 1:21 MJ 8002 |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Thomas D. Lambros Federal Building & U.S. Courthouse<br>125 Market Street<br>Youngstown, Ohio 44503 | Courtroom No.: Via Zoom |
|---|---|---|
| | | Date and Time: 04/27/2021 11:00 am |

This offense is briefly described as follows:
49:46506(2) Application of Certain Criminal Laws to Acts on Aircraft

Date: 03/26/2021

*Carmen Henderson*
*Issuing officer's signature*

Carmen E. Henderson, United States Magistrate Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*