# United States District Court
## Northern District of Ohio

Thomas D. Lambros Federal Building & U.S. Courthouse
125 Market Street
Youngstown, Ohio 44503

CARMEN E. HENDERSON
United States District Magistrate Judge

Phone: (330) 884-7460

March 26, 2021

**ATTENTION**      **ATTENTION**      **ATTENTION**

Dear Mr. Kaufmann

    The enclosed Information has been filed against you.

    You are required to report for arraignment on April 27, 2021 at 11:00 AM, as indicated in the enclosed Summons. This hearing will be conducted via Zoom.gov. Please contact the chambers for information on this hearing and how to connect. Failure to appear as directed will result in a warrant being issued for your arrest.

    It is necessary that you have the counsel of an attorney at the time of your arraignment. I have taken the steps to assign counsel on your behalf. Your attorney's name is Noah Munyer. He can be reached at 330-929-2027 or 330-253-0785. If you have any other questions or concerns please feel free to reach out to Attorney Munyer or my office.

Thank you,

*Kathryn Watson-Sansone*

Courtroom Deputy for the
Honorable Carmen E. Henderson
Direct: 330-884-7465
Chambers: 330-884-7460
Fax: 330-884-7425