# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.

MICHAEL J. KAUFMANN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:21 MJ 8002

The Defendant was found not guilty on August 11, 2021. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

*Carmen Henderson*
Signature of Judge

Carmen E. Henderson     U.S. Magistrate Judge
Name of Judge     Title of Judge

August 11, 2021
Date